IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CAITLIN CROWE, | |
|   Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 4:20-CV-0295-HLM-WEJ |
| GUSTON'S GRILL & TAP, LLC, a Georgia Corporation, AND ROBERT MCKINLEY ENSLEY, | |
|   Defendants. | |

ORDER

This case is before the Court on the Parties' Joint Motion for Dismissal with Prejudice [106][1] and on the Court's own Motion.

The Court **GRANTS** the Parties' Joint Motion for Dismissal with Prejudice [106], and **DISMISSES** this action, including all claims and counterclaims asserted in the action, **WITH PREJUDICE**, with each Party to bear their own costs and attorneys' fees. The Court **DIRECTS**

---

[1] The document is titled "Joint Stipulation for Dismissal with Prejudice." (Docket Entry No. 106 at 1.) The Parties, however, used the Motion event when filing the document.

the Clerk to **CLOSE** this case.

IT IS SO ORDERED, this the 15th day of December, 2022.

/s/ Harold L. Murphy

_____
SENIOR UNITED STATES DISTRICT JUDGE